IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAH'AIR MONTANEZ-JOHNSON,<br>Plaintiff,<br><br>v.<br><br>CHESTER UPLAND SCHOOL DISTRICT, CORPORATION A AND CORPORATION B,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 24CV4338 |

# O R D E R

**AND NOW**, this 13th day of January, 2025, upon consideration of Defendant Chester Upland School District's Motion to Dismiss for Failure to State a Claim (ECF No. 9), as well as all responses and replies thereto (ECF Nos. 14, 15), it is **HEREBY ORDERED** as follows:

1. Count V of Plaintiff Jah'Air Montanez-Johnson's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**;

2. Counts I-IV of Plaintiff's Complaint are **DISMISSED** pursuant to 28 U.S.C. § 1367(c)(3) **WITHOUT PREJUDICE** to Plaintiff's right to raise them in state court; and,

3. The Clerk of Court is **DIRECTED** to **TERMINATE** this case and mark it **CLOSED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**

2

Case 2:24-cv-04338-WB    Document 20    Filed 01/13/25    Page 2 of 2

2